**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| JOSE LUIS CARIAGA REYES, | : | Case No. 2:26-cv-242 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge James L. Graham |
| | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| SECRETARY, UNITED STATES | : | |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY, *et al.*, | : | |
| | : | |
| Respondents. | | |

## ORDER

Petitioner, Joes Luis Cariaga Reyes, a detainee at the Butler County Jail, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Doc. 4).

The Clerk is **DIRECTED** to (1) immediately serve a copy of the Petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov; and (2) promptly note proof of such service on the docket.  Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**


March 30, 2026                    /s/James L. Graham
                                  JAMES L. GRAHAM
                                  United States District Judge