**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| JOSE LUIS CARIAGA REYES, | : | Case No. 2:26-cv-242 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge James L. Graham |
| | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| SECRETARY, UNITED STATES | : | |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY, *et al.*, | : | |
| | : | |
| Respondents. | | |

## ORDER

Petitioner, Jose Luis Cariaga Reyes, a detainee at the Butler County Jail, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than April 10, 2026.

**IT IS SO ORDERED.**

March 31, 2026

*/s/Chelsey M. Vascura*
CHELSEY M. VASCURA
United States Magistrate Judge