**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| JOSE LUIS CARIAGA REYES, | : | Case No. 2:26-cv-242 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge James L. Graham |
| | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| SECRETARY, UNITED STATES | : | |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY, *et al.*, | : | |
| | : | |
| Respondents. | | |

---

**ORDER**

---

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 7). Based on that joint proposal (Doc. 8), the Court now **SETS** the following schedule:

- Respondent's Return of Writ Due: April 28, 2026

- Petitioner's Reply to Return Due: May 5, 2026

**IT IS SO ORDERED.**

April 10, 2026

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
United States Magistrate Judge