**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Jose Luis Cariaga Reyes,** | : | |
| | : | **Case No. 2:26-cv-00242** |
| **Petitioner,** | : | |
| v. | : | **Judge Graham** |
| | : | |
| **Markwayne Mullin,** | : | **Magistrate Judge Vascura** |
| **Secretary, United States** | : | |
| **Department of Homeland** | : | |
| **Security, *et al.*,** | : | |
| | : | |
| **Respondents.** | : | |

**ORDER**

This matter is before the Court upon the parties' joint motion to hold this case in abeyance, pending Petitioner's Voluntary Departure, estimated to occur on or before May 14, 2026. Doc. 10. For good cause shown, the Court **GRANTS** the motion and **ORDERS** counsel for Petitioner to provide a status report to the Court and a notice of voluntary dismissal following Petitioner's departure from the United States.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: May 5, 2026

[1]